

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> DON LEWIS MOSLEY, JR. ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-13-00389-ODW-2 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---
ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: nature of the offenses; charge of shooting at a person with a firearm while on supervised release

B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: JULY 31, 2019

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE